No. 6,984.—STATE, Plaintiff and Respondent, *v.* GEORGE HERSMAN, Defendant and Appellant.

Decided November 16, 1932.

PER CURIAM.—The attorney general confesses error. An inspection of the record convinces us that he was wise in so doing, and it further convinces us that a conviction based upon the complaint cannot be sustained. Accordingly, the judgment is reversed and the cause remanded to the district court of Ravalli county, with direction to dismiss the action.

*Mr. H. C. Packer*, for Appellant.

*Mr. L. A. Foot*, Attorney General, for the State.